1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  DORIAN JUNG
   Deputy Attorney General
6  State Bar No. 200116
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-1342
8   Fax: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES E. TOPPER,** | C 07-4543 JSW (PR) |
| Petitioner, | **RESPONDENT'S APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **M.S. EVANS,** Warden | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent respectfully requests that this Court grant a first enlargement of time, to and including May 9, 2008, to file an answer or other response in this case.

The reasons for this request are set forth in the accompanying Declaration of Counsel. Wherefore, respondent respectfully requests that this Court grant this application for an enlargement of time to prepare and file the answer.

1  Dated: March 10, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

7

8

9  /s/ Dorian Jung
   DORIAN JUNG
10 Deputy Attorney General

   Attorneys for Respondent

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE ANSWER - C 07-4543 JSW (PR)

2