1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  DORIAN JUNG
   Deputy Attorney General
6  State Bar No. 200116
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-1342
8   Fax: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES E. TOPPER,** | C 07-4543 JSW (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **M.S. EVANS,** Warden | |
| Respondent. | |

I, DORIAN JUNG, declare under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am admitted to practice law in this State and before this Court. I have been assigned to represent respondent in this matter.

2. The present due date for respondent's answer is March 10, 2008.

3. I request an enlargement of time to and including May 9, 2008.

4. I need additional time to file an answer due to time constraints caused by other pending cases. In the past 60 days, I have filed respondent's briefs in *People v. Jackson* (A116335) and *People v. Campbell* (A118123), and respondent's motion to dismiss in *Cross v. Sisto* (C07-3941). Furthermore, I have not ordered, but not yet received, the appellate record for this case.

5. Petitioner is not represented by counsel.

6. For the reasons stated, I respectfully request that the Court grant respondent's application for an enlargement of time, to and including May 9, 2008, in which to file the answer to the petition for writ of habeas corpus and relevant portions of the state record.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at San Francisco, California on March 10, 2008.

      /s/ Dorian Jung
DORIAN JUNG
Deputy Attorney General

DECL. OF COUNSEL IN SUPP. OF APP. FOR EXT. OF TIME TO FILE ANSWER - C 07-4543 JSW (PR)

2