IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES E. TOPPER**, | C 07-4543 JSW (PR) |
| Petitioner, | **ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **M.S. EVANS**, Warden | |
| Respondent. | |

    GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including May 9, 2008, to file an answer to the petition for writ of habeas corpus.

    DATED: _____

JEFFREY S. WHITE
United States District Judge

ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER - C 07-4543 JSW (PR)