# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Topper v. Evans, Warden**

No.: **C 07-4543 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>March 10, 2008</u>, I served the attached

**RESPONDENT'S APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE ANSWER**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE ANSWER**

**ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

James E. Topper
V79602
SVSP
P.O. Box 1050
Soledad, CA 93960-1050

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 10, 2008, at San Francisco, California.

| S. Agustin | /s/ S. Agustin |
|---|---|
| Declarant | Signature |

40227326.wpd