EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
JULIET B. HALEY
Deputy Attorney General
DORIAN JUNG
Deputy Attorney General
State Bar No. 200116
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-1342
  Facsimile: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES E. TOPPER,**<br><br>                Petitioner,<br><br>    v.<br><br>**M.S. EVANS, Warden,**<br><br>                Respondent. | C 07-4543 JSW (PR)<br><br>**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent hereby provides this answer to the petition for writ of habeas corpus and order to show cause issued in this matter:

**I.**

**CUSTODY**

Petitioner is presently in the lawful custody of the California Department of Corrections pursuant to a judgment entered in Alameda County Superior Court in case number No. 138929.

On February 7, 2005, a jury convicted petitioner of six counts of forcible oral copulation (Cal. Penal Code § 288a(c)(2)), seven counts of forcible rape (Cal. Penal Code § 261(a)(2)), and one

count of forcible sodomy (Cal. Penal Code § 286(c)(2)). Pursuant to the "One Strike" law (Cal. Penal Code § 667.61), the court imposed the total indeterminate prison term of 70 years to life.

## II.
## TIMELINESS

The petition for writ of habeas corpus is timely within the meaning of 28 U.S.C. § 2244(d).

## III.
## EXHAUSTION

Petitioner has exhausted state remedies as to all of his claims.

## IV.
## DENIAL OF CLAIMS

Respondent denies generally and specifically each and every allegation of the petition which could afford a basis for habeas corpus relief. Respondent further denies that petitioner has made any showing that the state appellate court's denial of his claims was contrary to, or involved an unreasonable application of, clearly established federal law, as determined by the United States Supreme Court, or was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding. Respondent specifically denies that the state appellate court unreasonably applied clearly established federal law when it rejected petitioner's claim of insufficient evidence.

## V.
## INCORPORATION OF MEMORANDUM OF POINTS AND AUTHORITIES

Respondent hereby incorporates into this answer and denial of claims the accompanying memorandum of points and authorities.

## VI.
## AVAILABLE STATE RECORDS

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, respondent lodges the following state records:

    Exhibit A        Clerk's Transcript on Appeal.

| | | |
|---|---|---|
| 1 | Exhibit B | Reporter's Transcript of Trial Proceedings. |
| 2 | Exhibit C | Appellant's Opening Brief on Appeal. |
| 3 | Exhibit D | Respondent's Brief on Appeal. |
| 4 | Exhibit E | Appellant's Reply Brief on Appeal. |
| 5 | Exhibit F | Opinion, California Court of Appeal, case number A110478. |
| 6 | Exhibit G | Petition for Review, California Supreme Court. |
| 7 | Exhibit H | Order, California Supreme Court, case number S145513. |

# CONCLUSION

Based on this answer, the accompanying memorandum of points and authorities, and the exhibits lodged in support of this answer, respondent respectfully requests that the order to show cause be discharged, and that the petition for writ of habeas corpus be denied.

Dated: April 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

JULIET B. HALEY
Deputy Attorney General

/s/ Dorian Jung
DORIAN JUNG
Deputy Attorney General

Attorneys for Respondent

Answer To Petition For Writ Of Habeas Corpus - *Topper v. Evans* - C 07-4543 JSW (PR)

4