1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  JULIET B. HALEY
   Deputy Attorney General
5  DORIAN JUNG
   Deputy Attorney General
6  State Bar No. 200116
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-1342
8   Facsimile: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES E. TOPPER,** | C 07-4543 JSW (PR) |
| Petitioner, | **NOTICE OF LODGING EXHIBITS WITH COURT** |
| v. | |
| **M.S. EVANS, Warden,** | |
| Respondent. | |

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities.

| | |
|---|---|
| Exhibit A | Clerk's Transcript on Appeal. |
| Exhibit B | Reporter's Transcript of Trial Proceedings. |
| Exhibit C | Appellant's Opening Brief on Appeal. |
| Exhibit D | Respondent's Brief on Appeal. |
| Exhibit E | Appellant's Reply Brief on Appeal. |
| Exhibit F | Opinion, California Court of Appeal, case number A110478. |
| Exhibit G | Petition for Review, California Supreme Court. |

Notice of Lodging Exhibits With Court - *Topper v. Evans* - C 07-4543 JSW (PR)

1

Exhibit H        Order, California Supreme Court, case number S145513.

Dated: April 9, 2008

                                                    Respectfully submitted,

                                                  EDMUND G. BROWN JR.
                                                  Attorney General of the State of California

                                                  DANE R. GILLETTE
                                                  Chief Assistant Attorney General

                                                  GERALD A. ENGLER
                                                  Senior Assistant Attorney General

                                                  JULIET B. HALEY
                                                  Deputy Attorney General

                                                  /s/ Dorian Jung
                                                  DORIAN JUNG
                                                  Deputy Attorney General

                                                  Attorneys for Respondent