In The United States District Court
For The Northern District of California
San Francisco Division

| | |
|---|---|
| James E. Topper<br><br>        Petitioner,<br>v.<br>Ms. Evans, Warden<br><br>        Respondent, | C 07-4543 JSW (PR)<br><br>Petitioner's Application for First Enlargement of Time to file Traverse |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, Petitioner respectfully request that this Court grant a first enlargement of time, to and including June 27, 2008, to file an Answer or other response in this case.

The reasons for this request are set forth in the accompanying Declaration of Petitioner. Wherefore, Petitioner respectfully request that this Court grant this application for an enlargement of time to prepare and file the traverse.

Dated: April 21, 2008

Respectfully submitted,

James E. Topper
James E. Topper
Petitioner