In The United States District Court
For The Northern District Of California
San Francisco Division

FILED
APR 30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James E Topper, Petitioner, <br> v. <br> M.S. Evans, Warden, Respondent. | C-07-4543 JSW (PR) <br><br> Declaration of Petitioner In support of Application For First Enlargement of time to File Traverse and other Responses In this Case |

I, James E Topper, declare under penalty of perjury as follows:

1. I am the Petitioner in the above captioned case.

2. I request an enlargement of time to and including June 27, 2008

3. I need additional time to file a Traverse and other responses in this case due to time constraints caused by, multiple lockdowns within the past 30 days at this institution have prevented Petitioner from accessing the Prison Law Library to research case presented by respondents counsel in order to be able to refute intelligently. This Institutional Law Library only allows Petitioner 3 case law copies at a time to review. Respondents Council Presented 10 in thier response. Petitioner further needs additional time to review the statutes presented by respondent in the Answer.

4. Petitioner is waiting for responses to inquiries to Both Petitioners, Trial Lawyer and Appellant Lawyer

5. I am Not represented By Qualified Counsel and research Pertaining to this case requires Additional time

6. For the reasons stated, I respectfully request that the Court grant Petitioners application for an Enlargement of time, to and including June 27, 2008, in which to file the Traverse to the respondents answer.

I Declare under Penalty of Perjury of the laws of the United States of America that the foregoing is true and correct. Executed at Soledad, California on April 21, 2008

*James E. Topper*
James E. Topper
Petitioner