In The United States District Court
For The Northern District of California
San Francisco Division

James E Topper, petitioner
v
MS Evans, Warden, respondent

C07-4543 JSW (PR)
Order Granting First Enlargement Of Time To File Traverse.

Good Cause Appearing, it is hereby ordered That Petitioner is granted an enlargement of Time, to and including June 27, 2008, To file A Traverse to the Petition for Writ Of habeas corpus.

Dated _____

JEFFREY S. WHITE
United States District Judge.