Declaration of Service by U.S. Mail

FILED
08 APR 30 PM
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: Topper v Evans, Warden
No: C07-4543 JSW (PR)

I Declare:

That on April 28, 2008, I served the enclosed
  Petitioners Application for First Enlargement of time to file Traverse.
  Declaration of Petitioner in Support thereof.
  Order Granting First Enlargement of Time to file Traverse.

by Placing A True Copy thereof in an Envelope given to the Correctional Officer for mailing in the United States Mail at Soledad California addressed as follows:

Dept. of Justice
Office of the Attorney General
Dorian Jung, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-3664

I Declare under penalty of Perjury under the laws of the United States of America the foregoing is True And Correct And that this declaration was executed on April 28, 2008, At Soledad, California.

James Topper
Declarant

*James Topper*
Signature