FILED

MAY 13 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. TOPPER,<br><br>    Petitioner,<br><br>vs.<br><br>M. S. EVANS, Warden,<br><br>    Respondent. | No. C 07-4543 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket No. 8) |

    Good cause appearing, Petitioner's motion for an extension of time in which to file a traverse, to and including June 27, 2008, is hereby GRANTED.

    This order terminates Docket No. 8.

    IT IS SO ORDERED.

DATED: MAY 13 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E TOPPER,

       Plaintiff,

v.

M S EVANS et al,

       Defendant.

Case Number: CV07-04543 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dorian Jung
Office of the Attorney General
State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-3664

James E. Topper
V79602
SVSP
P.O. Box 1050
Soledad, CA 93960-1050

Dated: May 13, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk