FILED
08 JUN -2 PM 2:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| James E Topper<br>Petitioner,<br>Vs<br>M.S. Evans, Warden<br>Respondent, | No. C07-4543 JSW (PR)<br><br>Petitioners Application and Request to Amend Petition For Writ Of Habeas Corpus |

Petitioner Hereby respectfully request that this Court Grant Petitioner Leave to Amend the Petition For Writ Of Habeas Corpus in the Above Captioned Case.

In The Alternative, Petitioner respectfully request this Court to Allow Petitioner Permission to file An Additional seperate Petition for habeas Corpus Simultaneously with this Court.

The reasons for this request are set forth in the Accompanying Declaration of Petitioner.
   Wherefore, Petitioner respectfully request that this Court grant this Application And request to Amend Petitioners Petition For Writ Of Habeas Corpus.

Dated May 29, 2008.

Restpectfully Submitted.

_____
JAMES E. Topper
Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE Northern DISTRICT OF California
SAN FRANCISCO DIVISION

James E Topper,
       V   Petitioner,
MS EVANS,
       Respondent,

C-07-4543 JSW (PR)
Declaration of Petitioner in Support of Application to Amend Petition for Writ of Habeas Corpus

## Declaration

On August 31, 2007 Petitioner filed with this Court an instant Federal habeas Petition.

The Petition was filed at the Precise time it was in order to meet the one year filing deadline required After the state Remedies were denied.

On January 22, 2007 The United States Supreme Court Ruled Californias Sentencing Law unconstitional in violation of U.S.C.A. Constitution 6th Amend.

A viable claim under Cunningham was not available to Petitioner prior to January 22, 2007.

In April 2007 Petitioner, By his Attorney David J. Byron filed in the Alemeda Superior Court a Timely Petition For Writ

of habeas Corpus under Cunningham.

On June 1, 2007 the Court denied Petitioners Petition.

On August 23, 2007 Petitioner filed the Petition for Writ Of Habeas Corpus on the Cunningham issues with the California Court of Appeal, First Appellate District case Number A118830. The Petition was Denied the same day August 23, 2008.

On November 27, 2007 the Petitioner herein filed a new Petition on the Cunningham issues with the California Supreme Court, case No: S158517

On April 29, 2008 Petitioner filed with the California Supreme Court A notice And Request For Ruling.

On May 14th, 2008 The California Supreme Denied The Petition for habeas Corpus on The Cunningham issues.

Petitioner Recieved the California Supreme Court Ruling on or About May 23, 2008.

Petitioner is Not Represented By Counsel And For that Reason in its Self is not Competent in these Complex matters And Procedures.

Petitioner is entitled to the relief Granted By The United States Supreme Court Decision on Cunningham.

For the Reasons Stated, I Respectfully request that this Court grant Petitioners Application And Request to Amend the Petition for Writ of Habeas Corpus Captioned Herein.

I Declare under the Penalty of Perjury of the laws of The State of California And The United States of America that the foregoing is True And Correct. Executed At Soledad, California on May 29, 2008.

*James E. Topper*
JAMES E Topper, Petitioner

Declaration of Service By U.S. Mail

Case Name   Topper v Evans, Warden
   No: C.07-4543 JSW (PR)

On May 29, 2008 I served the attached;

Petitioners Application and Request to Amend.
Declaration of Petitioner in Support of
Application and Request to Amend.

By Placing A True Copy thereof enclosed in A sealed envelope with Postage thereon fully Prepaid in the United States Mail At Soledad, California addressed as follows;

Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, California 94102-3664
Attention: Dorian Jung

Declarant:
_James E Topper_
James E Topper