FILED
08 JUN 19 PM 12:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE United States District Court
For The Northern District Of California
San Francisco Division

| | |
|---|---|
| James E Topper, Petitioner<br>v.<br>Ms. Evans, Warden, Respondent | C07-4543 JSW (PR)<br><br>Request for Summary Judgement And Request For Issuance of Writ of Habeas Corpus |

The Petitioner Herein respectfully request that this Court grant this Request for Summary Judgement is issue the writ of Habeas Corpus requested in the Above Captioned Case.

The reasons for this request are set forth in the accompanying Declaration of Petitioner.

Wherefore, Petitioner respectfully request that this Court grant this Application for Summary Judgement And request for the issuance of the Writ of Habeas Corpus requested in the Petition Filed with this Court on August 31, 2007.

Dated: June 17, 2008
Respectfully Submitted:

James E Topper
James E. Topper, Petitioner

IN THE UNITED STATES DISTRICT COURT
For The Northern District Of California
San Francisco California Division

| | |
|---|---|
| James E Topper,<br>　　　　Petitioner<br>v<br>Ms Evans, Warden,<br>　　　　Respondent | C07-4543 JSW (PR)<br>Declaration Of Petitioner In Support Of Request For Summary Judgement And Request For Issuance Of Writ Of Habeas Corpus. |

I, James E Topper, declare under the penalty of perjury as follows:

1. I am The Petitioner in the Above Captioned Case.

2. This Court issued an order to Show Cause on January 8, 2008 in this matter.

3. This Court directed The Clerk Of This Court To Serve on The respondent And the Respondents Attorney a copy of this order.

4. The Clerk Complied with the Courts order By Placing in the United States Mail A copy of this order to the Respondent and Respondents Attorney This is so Evidenced By The Clerks Certificate Of Service.

5. In any event the Respondents Attorney evidenced receipt thereof By filing with this Court Respondents Application for an enlargement of Time to File Answer.

6. The Respondents original Due date for Answer was March 10, 2008.

7. On March 10, 2008 Respondents Attorney requested an enlargement of Time to and including May 9, 2008.

8. On March 13, 2008 This Court granted Respondents Application for enlargement of Time to and including May 9, 2008.

9. On April 9th, 2008 Respondent By thier Attorney Filed the Respondents Answer to the Petition For habeas Corpus.

10. Petitioner herein was not served with a copy of all Portions of the State Trial Record that have been transcribed previously and that are relevant to a determination of the issues presented by the Petitioner.

11. The Respondent was ordered in this Courts order to Show Cause on Page 3 in the Courts Conclusion in Line 12, 13, 14 to serve the above

upon the Petitioner with Respondents answer.

12. The Petitioner herein has not recieved any State Trial Records or Portions Thereof as ordered by This Court as of Todays Date June 17, 2008

13. As a Result of The Respondents Failure To Comply with this Courts order the Petitioner has Been Unable to effectively respond to the issues in Respondents Answer

14. For The reasons stated, I respectfully request That the Court grant Petitioners request for Summary Judgement and Issuance of a Writ of Habeas Corpus as requested.

I, Declare under The Penalty of Perjury of the Laws of California and The United States of America that the foregoing is True and Correct.

Executed at Soledad, California on June 17, 2008.

James E. Topper
James E. Topper
Petitioner

Declaration of Service By Mail

Case Name  Topper V Evans, Warden
No: C07-4543 JSW (PR)

I Declare;

That on June 17, 2008 I served the enclosed,

Petitioners Request For Summary Judgement And Request For issuance Of Writ Of Habeas Corpus.

Declaration Of Petitioner in support Of Request For Summary Judgement And Request For issuance Of Writ Of Habeas Corpus

By Placing A True Copy Thereof Enclosed in A sealed envelope with Postage Prepaid in the United States mail At Soledad, California Addressed As follows:

Office Of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA. 94102-3664
Attention: Dorian Jung

*James E Topper*
Petitioner, Declarant