

FILED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. TOPPER,<br><br>Petitioner,<br><br>vs.<br><br>M. S. EVANS, Warden,<br><br>Respondent. | No. C 07-4543 JSW (PR)<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED PETITION; DENYING MOTION FOR SUMMARY JUDGMENT; DIRECTING RESPONDENT TO SERVE PETITIONER COPY OF EXHIBITS**<br><br>(Docket Nos. 13 & 14) |

Petitioner, a prisoner of the State of California, currently incarcerated at Salinas Valley State Prison in Soledad, California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction. The Court ordered Respondent to show cause why the petition should not be granted. Respondent requested, and was granted, an extension of time to respond to the petition, and thereafter filed an answer, along with a supporting memorandum and exhibits, contending that the petition should be denied.

Petitioner has filed a motion for leave to file an amended petition in order to include an additional claim that he recently exhausted in the California courts, namely that his sentence is invalid under *Cunningham v. California*, 127 S. Ct. 856, 871 (2007) (finding Court's decisions point to the middle term specified in California's statutes, not

the upper term, as the relevant statutory maximum; therefore, California's determinate sentencing law violates the Sixth Amendment because it authorizes the judge, not the jury, to find the facts permitting an upper term sentence).  Good cause appearing, Petitioner's request for leave to file an amended petition to add such a claim is GRANTED.

In light of the foregoing, the Court hereby orders as follows:

1. Petitioner may file an amended petition within **thirty (30) days** of the date this order is filed to add the claim under *Cunningham* described above.  Petitioner's amended petition shall be filed on the Court's form for habeas petitions.  The amended petition must include the caption and civil case number used in this order (No. C 07-4543 JSW (PR)) and the words AMENDED PETITION on the first page.  **Petitioner must include in the amended petition all the claims he wishes to present, including all the claims from the original petition that have been answered by Respondent, and he may not incorporate material from his original petition by reference. Failure to file an amended petition in conformity with this order shall result in the case being decided only on the basis of the claims in the original petition, and Petitioner will not have any further opportunity to raise his *Cunningham* claim.**

2. Respondent shall file with the Court and serve on Petitioner, within **sixty (30)** days of the date Petitioner's Amended Petition is filed, a supplemental answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on the new claims in the Amended Petition.  Petitioner may file a traverse within 30 days of the date Respondent's supplemental answer is filed.

3. Petitioner's motion "for summary judgment and request for issuance of writ of habeas corpus," on the grounds that Respondent did not serve him with a copy of the exhibits to their answer, is DENIED.  Within **15 days** of the date this order is filed, Respondent **shall** serve Petitioner with a copy of the exhibits to their answer, in

2

1 | accordance with the January 9, 2008 Order to Show Cause.
2 | This order terminates Docket Nos. 13 & 14.
3 | IT IS SO ORDERED.
4 | DATED: JUN 2 4 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E TOPPER,<br><br>        Plaintiff,<br><br>v.<br><br>M S EVANS et al,<br><br>        Defendant. | Case Number: CV07-04543 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. Topper - V79602
SVSP
P.O. Box 1050
Soledad, CA 93960-1050

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk