1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  JULIET B. HALEY
   Deputy Attorney General
5  DORIAN JUNG
   Deputy Attorney General
6  State Bar No. 200116
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-1342
8   Facsimile: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES E. TOPPER,** | C 07-4543 JSW (PR) |
| Petitioner, | **NOTICE OF SERVICE OF EXHIBITS ON PETITIONER** |
| v. | |
| **M.S. EVANS, Warden,** | |
| Respondent. | |

Notice is hereby given that the following exhibits are served on petitioner.

Exhibit A       Clerk's Transcript on Appeal.

Exhibit B       Reporter's Transcript of Trial Proceedings.

Exhibit C       Appellant's Opening Brief on Appeal.

Exhibit D       Respondent's Brief on Appeal.

Exhibit E       Appellant's Reply Brief on Appeal.

Exhibit F       Opinion, California Court of Appeal, case number A110478.

Exhibit G       Petition for Review, California Supreme Court.

Exhibit H       Order, California Supreme Court, case number S145513.

Notice of Service of Exhibits on Petitioner - *Topper v. Evans* - C 07-4543 JSW (PR)

1

1  Dated: June 25, 2008

3　　　　　　　　　　　　　　　Respectfully submitted,

4　　　　　　　　　　　　　　　EDMUND G. BROWN JR.
　　　　　　　　　　　　　　　　Attorney General of the State of California

5　　　　　　　　　　　　　　　DANE R. GILLETTE
　　　　　　　　　　　　　　　　Chief Assistant Attorney General

7　　　　　　　　　　　　　　　GERALD A. ENGLER
　　　　　　　　　　　　　　　　Senior Assistant Attorney General

8　　　　　　　　　　　　　　　JULIET B. HALEY
　　　　　　　　　　　　　　　　Deputy Attorney General

10　　　　　　　　　　　　　　　/s/ Dorian Jung
　　　　　　　　　　　　　　　　DORIAN JUNG
　　　　　　　　　　　　　　　　Deputy Attorney General

　　　　　　　　　　　　　　　　Attorneys for Respondent

Notice of Service of Exhibits on Petitioner - *Topper v. Evans* - C 07-4543 JSW (PR)

2