**RECEIVED**

JUN 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Salinas Valley State Prison
James E Topper V79602 A5-138L
P.O. Box 1050
Soledad, Ca 93960-1050

June 26, 2008

Office of The Clerk
U.S. District of California
450 Golden Gate Avenue
San Francisco, California 94102

IN Re: C07-4543 JSW (PR)

Dear Clerk;

On June 24, 2008 the court issued an order granting me leave to amend my petition for Writ of Habeas Corpus filed on August 31, 2007. The case number is as referenced above in Re: C07-4543 JSW (PR). The Court ordered I do my amendment on the Courts form. Could you please forward the required form to me as I do not posess one.

Also Could you please forward to me a copy of the original petition filed in August of 2007 as I do not have that and require it to complete

amended petition as the Court has ordered. The Court has only given me 30 days to complete all this so time is of essence in this matter.

Thank you for your assistance.

Very Truly Yours.

James E. Topper
Petitioner in Pro Se.
JAMES E. Topper.