James E. Topper V-79602
MCSP / C-13-136
PO Box 409060
Ione, Ca 95640

August 14, 2008

RE: C07-4543 JSW (PR)
Address Change

FILED
08 AUG 18 PM 2:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102-3483

Dear Clerk,

On August 13, 2008 I was transferred from Salinas Valley State Prison to the above address at Mule Creek State Prison. Could you please change the address to reflect such. Also I havent received any correspondence since filing my Amended Petition to the Court, if any was sent to Salinas Valley and returned please send it to the above address. Thank you.

Very Truly Yours
James E. Topper
JAMES E. TOPPER.



Case 3:07-cv-04543-JSW    Document 21    Filed 08/18/2008    Page 2 of 2