In The United States District Court
Northern District of California
San Francisco Division

| | |
|---|---|
| James E Topper, Petitioner | C-07-4543 JSW (PR) |
| Ms. Evans, Warden Respondent, | Petitioner's Application for enlargement of Time To File The Traverse To The Supplemental Answer To Amended petition For writ Of Habeas Corpus. |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, Petitioner respectfully request that this Court grant An enlargement of Time, to And including October 15, 2008 To File the Traverse or other response in this case.

The reason for this request are set forth in the accompanying declaration of Petitioner.

Wherefore, Petitioner respectfully request that this Court grant this Application For An enlargement of time to prepare And file the Traverse.

Dated August 28, 2008

Respectfully Submitted,

James E. Topper
James E. Topper
Petitioner