In The United States District Court
Northern District of California
San Francisco Division

| | |
|---|---|
| James E Topper, Petitioner, <br> v <br> M.S. Evans, Warden Respondent, | C07-4543 JSW (PR) <br> **Declaration of Petitioner in Support of Application for Enlargement of Time To File The Traverse of The Supplemental Answer By the respondent.** |

I, James E Topper, declare under the penalty of perjury as follows:

1. I am the Petitioner in the above referenced case.

2. The present due date for the Traverse is September 15, 2008.

3. I request an enlargement of time to and including October 15, 2008.

4. I need additional time to file The Traverse due to my transfer from Salinas Valley State Prison to Mule Creek State Prison.

5. Additionally, in preparation for the transfer my personal property including all my legal files were taken by the Facilities R&R, to Trans-Pak for the move.

6. On August 13, 2008 I was transferred.

7. On August 18, I was able to borrow pencil and paper to notify the Clerk of this Court of my new address.

8. On August 22, 2008 I recieved the Respondents Supplemental Answer To Petition For Writ Of Habeas Corpus.

9. On August 27, I was given all my Personal Property including Legal Files and Materials From R&R at Mule Creek State Prison.

10. I am not Represented by Counsel.

11. For the reasons stated herein, I respectfully request that the Court grant Petitioners Application For an enlargement of Time to and including October 15, 2008 in which to file the Traverse To Respondents Answer To the Amended Petition For Writ Of Habeas Corpus.

I Declare under penalty of Perjury of the Laws of The State of California and The United States of America That the foregoing is True and Correct. Executed At Ione, California on August 28, 2008.

_____
James E Topper, Petitioner

IN The United States District Court
Northern District Of California
San Francisco Division

| James E Topper, | C07-4543 JSW (PR) |
| Petitioner, | Order Granting Enlargement |
| M.S. Evans, Warden | Of Time To File The Traverse |
| Respondent. | To Respondents Answer to |
| | The Amended Petition |

Good Cause Appearing, it is hereby ordered That Petitioner is granted an enlargement of Time, to and including October 15, 2008, To File A Traverse to Respondents Answer to The Amended Petition.

Dated: _____

_____
Jeffrey S. White
United States District Judge

Declaration of Service by Mail

Case Name: Topper v Evans, Warden
No: C07-4543 JSW (PR)

On August 28, 2008 I served the attached:

Petitioners Application for an enlargement of Time to File The Traverse To Respondents Supplemental Answer for Writ of Habeas Corpus.

By Placing a True Copy thereof enclosed in a sealed envelope with Postage Thereon Fully Prepaid in the United States Mail At Ione, California addressed as follows;

Office of The Attorney General
Att: Dorian Jung
455 Golden Gate Avenue
Suite 11000
San Francisco, California 94102-3664

Declarant:

*James E. Topper*
James E. Topper.